**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:20-cv-02177-JLS-ADS                                   Date: September 14, 2022
Title: Bridget Somerville et al v. Medtronic, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER REMOVING CASE FROM ACTIVE CASELOAD

The parties represented to the Court that they are finalizing the settlement in this matter and requested the Court to stay the action and administratively close the case pending settlement. (*See* Joint Status Report, Doc. 55.) In response, the Court issued an order staying the action, but did not administratively close the case. (*See* Doc. 56.) With this Order, the Court does so. This action is hereby removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed on or before October 17, 2022. The parties shall file a Stipulation of Dismissal no later than October 17, 2022 ("Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time. Until the Dismissal Date, the Court retains full jurisdiction over this action.

Initials of Deputy Clerk: vrv